# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLVR RIVERBEND, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.: _____** |
| **v.** | § | |
| | § | |
| **UNIVERSAL NORTH AMERICAN** | § | |
| **INSURANCE CO. / HOWARD** | § | |
| **WAGNOR,** | § | |
| | § | |
| **Defendant.** | § | |

## INDEX

1.  A copy of Plaintiff's Original Petition is attached as Exhibit B to the Notice of Removal.

2.  A copy of Plaintiff's Renewal Flood Insurance Declarations page is attached as Exhibit C to the Notice of Removal.

3.  A copy of Plaintiff's National Flood Insurance Program, General Property Form Standard Flood Insurance Policy is attached as Exhibit D to the Notice of Removal.

4.  A Listing of Parties and Counsel is attached as Exhibit E to the Notice of Removal.