# Exhibit B

SMALL CLAIMS/ DEBT CLAIM CASE CITATION: REV. 7/2013

THIS PROCESS WAS DELIVERED AT 2:57 O'CLOCK P.M. THIS 4 DAY OF Oct 20 19
CONSTABLE PRECINCT 1
DALLAS COUNTY, TEXAS
BY DEPUTY: _____ #103

SC1927

| | | |
|---|---|---|
| CLVR RIVERBEND LLC (PLAINTIFF) | X | IN THE JUSTICE COURT |
| VS. | X | PCT. 1 |
| UNIVERSAL NORTH AMERICAN INSURANCE CO./ HOWARD WAGNOR (DEFENDANT) | X | WHARTON COUNTY, TX |

THE STATE OF TEXAS TO **UNIVERSAL NORTH AMERICAN INSURANCE CO./HOWARD WAGNOR**
DEFENDANT, in the hereinafter-styled and numbered cause:

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

This citation is issued pursuant to a petition filed by the above-named plaintiff on October 2nd, 2019. The plaintiff's attorney's name and address, or the plaintiff's address, if they have no attorney, are: CLVR RIVERBEND LLC 2500 JR COLLEGE BLVD  WHARTON, TEXAS 77488
Your answer may be filed with this court, located at **1017 N. Alabama Rd., Wharton, TX 77488.**

ISSUED this the 02nd of October, 2019.

*Amanda Goujalt*
CHIEF CLERK, JUSTICE
COURT, PCT. 1
WHARTON COUNTY, TEXAS

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ___M, and executed in _____ County, Texas by delivering to the within named_____ at _____ _____, in person, a true copy of this Citation, on the _____ day of _____, 20____ at _____ o'clock ___M, having first endorsed thereon the date of delivery. Not served to defendant for the reason, to-wit:

_____Constable/Sheriff

FEES: Serving Citation Precinct _____, _____County, TX
$_____ by _____Deputy

FILE No. SC1927

JUSTICE COURT
Precinct No. <u>One</u>   Place No. <u>One</u>
<u>WHARTON COUNTY, TEXAS</u>

# CITATION

CLVR RIVERBEND LLC
2500 JR COLLEGE BLVD
WHARTON, TEXAS 77488

Vs.

UNIVERSAL NORTH AMERICAN INSURANCE CO.
HOWARD WAGNOR
1601 ELM ST SUITE 4360
DALLAS, TEXAS 75201

TO APPEAR BEFORE
JUSTICE OF THE PEACE
<u>JARED L CULLAR</u>
<u>1017 N. ALABAMA RD.</u>
<u>WHARTON, TEXAS</u>

Issued 10-02-2019

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) __SC1927__

In the Justice Court, Precinct __1__, Wharton County, Texas

PLAINTIFF __KLV12 Riverbend LLC__

VS.
DEFENDANT(S): __Universal North American Insurance Co. / Howard Wilson__

Defendant(s) address: __Flood Processing Center Dept. 2017 Denver Co 80291-2017__

Defendant(s) phone Number: _____

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

__Insurance Company Denied Coverage For Flood Damage__

RELIEF: Plaintiff seeks damages in the amount of $ __7,255.32__, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.

Additionally, plaintiff seeks the following: _____

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

[✓] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: __SGnekow@gmail.com__

__Sean Gnekow__
Petitioner's Printed Name

Signature of Plaintiff or Attorney
__2500 Jr. College Blvd Wharton TX__
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH: _____

__17347 E. Gawne Rd. Stockton CA__
City            State            Zip __95215__

*LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

__209 351 4924__
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER: _____

Subscribed and sworn before me this __6__ day of __September__, 20__19__.

__Amanda Gonzales__
Clerk of Court / Notary Public

AMANDA GONZALES
NOTARY PUBLIC
STATE OF TEXAS
ID # 13014277-2
My Comm. Expires 03-04-2023

RECEIVED
Justice Court Pct. 1

Time: __3:27 pm__
By: _____

Rev. 9/2013

# CIVIL PROCESS INFORMATION FORM

Name of Defendant: Universal North American Insurance Co.

Address, City, State, Zip: Dept 2017 Denver, CO 80291-2017

Telephone: _____ (Home)   _____ (Cell)

Drivers License # _____   SSN# _____

Appx. Height: _____   Appx. Weight: _____   Race: _____   Sex: _____   Hair Color: _____

Other Identifying Marks/Features: _____

✱ Agent of Service for Universal

Directions to Residence: North American Insurance Co. is Cogency Global Inc / Howard Wayne 1601 Elm St. Suite 4360 Dallas, TX 75201

Residence Description (Type of residence, color, one or two story): Phone # 844-818-2384

Vehicle Information:

(1) Make: _____   Model: _____   Color: _____   Year: _____

(2) Make: _____   Model: _____   Color: _____   Year: _____

Employer Information:

Employer: _____

Address, City, State, Zip: _____

Telephone: _____

Plaintiff Name, Address, Telephone Number: _____

RECEIVED
Justice Court Pct


Time: 327pm
By: a.m.